IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CLAYTON JOEL MILLER,

     Petitioner,

v.                                      No. 2:26-cv-1513-KG-KRS

OTERO COUNTY PROCESSING CENTER,

     Respondent.

ORDER OF DISMISSAL

THIS MATTER is before the Court on the document titled "Order to Proceed Without Prepaying Fees or Costs," filed on May 11, 2026 as a *pro se* Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (Doc. 1).   On May 6, 2026, Petitioner filed a Section 2241 Petition challenging his immigration detention, which was opened as Case No. 2:26cv1447 MLG/JHR. In Case No. 2:26cv1447 MLG/JHR, Petitioner wrote his name as "Clayton Joel Miller," while in this case he wrote "Miller Clayton-Joel."   *See* (Doc. 1) filed in Case No. 2:26cv1447 MLG/JHR. Nevertheless, Petitioner lists his "A-Number" in both cases as A-047-170-194.   The Clerk's Office filed Document 1 as a new case instead of as a document in his open case.   Accordingly, the Court will close this duplicate proceeding and direct the Clerk's Office to file Document 1 as a Motion to Proceed In Forma Pauperis in Case No. 2:26cv1447 MLG/JHR.   Petitioner is instructed to include the original case number (26cv1447 MLG/JHR) on all filings relating to his pending Section 2241 proceeding.

IT IS THEREFORE ORDERED that:

1. This case is DISMISSED without prejudice as a duplicate Section 2241 proceeding;

2. The Court will enter a separate judgment closing this civil habeas case; and

3. The Clerk's Office is directed to file Document 1 as a Motion to Proceed In Forma

   Pauperis in Case No. 2:26cv1447 MLG/JHR.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.